UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

DENNIS RAMEY,                    )
                                 )
         Plaintiff,              )
                                 )      Case No. 2:10-CV-120
v.                               )
                                 )      Chief Judge Curtis L. Collier
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
         Defendant.              )

# **J U D G M E N T   O R D E R**

Plaintiff Dennis Ramey ("Plaintiff") brought this action pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking judicial review of the final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying Plaintiff supplemental security income ("SSI") benefits. The Court referred the matter to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1) and both parties filed motions for summary judgment (Court File Nos. 8, 10). Plaintiff moved this Court for the award of benefits, or in the alternative, a remand to the Commissioner (Court File No. 8).

In accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the magistrate judge filed a report and recommendation ("R&R") recommending Plaintiff's motion for summary judgment be granted; Defendant's motion for summary judgment be denied; the decision of the Commissioner be reversed, and that this action be remanded (Court File No. 12). Neither party filed a timely objection to the R&R.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) (Court File No. 12).

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion for summary judgment (Court File No. 8) seeking remand is **GRANTED**.

(2) Defendant's motion for summary judgment (Court File No. 10) is **DENIED**.

(3) The Commissioner's decision denying benefits is **REVERSED** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for action consistent with the R&R.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**